Submitted on the record December 22, 2000, resubmitted January 16, ballot title certified February 1, 2001

Michael J. MEGEHEE,
*Petitioner,*

*v.*

Hardy MYERS,
Oregon Attorney General,
*Respondent.*

(SC S48055) `

17 P3d 490

Michael Megehee, Pendleton, *pro se*, filed the petition.

Brendan C. Dunn, Assistant Attorney General, Salem, filed the answering memorandum for respondent. With him on the answering memorandum were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

PER CURIAM

## PER CURIAM

This is an original proceeding in which petitioner challenges the ballot title for a proposed initiative measure. Petitioner submitted written comments about the Attorney General's draft ballot title in a timely manner under ORS 250.067(1). Accordingly, petitioner is entitled to seek a different title in this court. ORS 250.085(2).

We have considered each of petitioner's arguments concerning the Attorney General's ballot title. Several of petitioner's arguments are not preserved, and, in any event, none of petitioner's arguments demonstrates a failure on the part of the Attorney General to comply substantially with the requirements set out in ORS 250.035. *See* ORS 250.085(5) (establishing that standard of review). We therefore certify the following ballot title:

PATIENTS MAY CHOOSE DOCTORS FOR CERTAIN CARE; REQUIRES POLICY-BENEFITS DETERMINATIONS INDEPENDENT OF PATIENTS' CHOICE

RESULT OF "YES" VOTE: "Yes" vote requires that certain insurance policies, managed-care plans: allow patients to choose doctors for certain care; provide policy-benefits determinations independent of choice.

RESULT OF "NO" VOTE: "No" vote retains: patients' current options for choosing doctors for certain care; current obligations of insurance policies and managed-care plans regarding policy-benefits determinations.

SUMMARY: Measure requires managed-care plans and health and casualty insurance policies to allow patients to choose their physician, chiropractor, dentist, optometrist, podiatrist, and a primary-care provider to coordinate, supervise, or provide medical care (as defined). Patients may be required to choose a physician or chiropractor as their primary-care provider and obtain medical care (not dental, foot, vision care) through that provider and that provider's referrals. Patients may change doctors but patients' changes to primary-care providers can be limited to two per year. These plans and policies must provide unbiased policy-benefits determinations independent of a patient's choice of doctors. Measure inapplicable to Oregon

Medical Assistance Program, Oregon Health Plan, student health-insurance programs, workers' compensation services, inmate services, and public employees' insurance.

Ballot title certified. This decision shall become effective in accordance with ORAP 11.30(10).